IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 3:06cr159WHBLRA

WILLIE FEAZELL

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismiss Counts 1, 2 and 5 of the Criminal Indictment against WILLIE FEAZELL without prejudice.

DUNN LAMPTON
United States Attorney

By:   s/Sandra G. Moses

SANDRA G. MOSES
Assistant U.S. Attorney
GA Bar No. 283185

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 21st day of February, 2007.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE