```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   JACKSON DIVISION
```

**UNITED STATES OF AMERICA**

**VS.**                          **CRIMINAL NO. 3:06-cr-159-WHB-LRA**
                                 **CIVIL ACTION NO. 3:08-cv-608-WHB-LRA**

**WILLIE FEAZELL**

**FINAL JUDGMENT**

In accordance with Rule 54 of the Federal Rules of Civil Procedure, and with the Opinion and Order entered this day denying Defendant Willie Feazell's Petition for a Writ of Habeas Corpus, which the Court has construed as a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, this case is hereby dismissed, with prejudice.

SO ORDERED this the 7th day of October, 2008.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE